## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| ) | |
| Anderson News, LLC, ) | Bankruptcy Case No. 09-10695 (CSS) |
| ) | Bankruptcy Appeal No. 11-101 |
| ) | |
| _____ ) | |
| ) | |
| Holston Asset Management, LLC and ) | |
| Northshore Capital LLC, ) | |
| ) | |
| Appellants, ) | Case No. 1:12-cv-00087-LPS |
| ) | |
| v. ) | |
| ) | |
| American Media, Inc., ) | |
| Curtis Circulation, LLC, ) | |
| Bauer Publishing Company, L.P., ) | |
| Kable Distribution Services, Inc., and ) | |
| Time/Warner Retail Sales & Marketing, ) | |
| ) | |
| Appellees. ) | |
| _____ ) | |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Grant T. Stein to represent Holston Asset Management, LLC and Northshore Capital LLC in this matter.

Signed: _____

Domenic E. Pacitti (DE Bar No. 3989)
KLEHR HARRISON HARVEY BRANZBURG, LLP
919 N. Market Street, Suite 1000
Wilmington, DE 19801-3062
Tel.: (302) 426-1189; Fax: (302) 426-9193

Attorney for Holston Asset Management, LLC and Northshore Capital LLC

Date: February 17, 2012

- 2 -

## ORDER GRANTING MOTION

      IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____          _____
                                                                UNITED STATES DISTRICT JUDGE

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5.1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Georgia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Signed: /s/ Grant T. Stein

Dated: February 16, 2012

Grant T. Stein
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.:   (404) 881-7285
Fax:   (404) 253-8685
grant.stein@alston.com